■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUANMIK WELLS, Appellant. [22 NYS3d 913]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Hollie, J.), imposed June 4, 2013, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

When the Supreme Court explained the defendant's waiver of his right to appeal to him, it improperly conflated the right to appeal with the rights automatically forfeited by a guilty plea. Accordingly, the waiver of the right to appeal was invalid (*see People v Lopez*, 6 NY3d 248, 256-257 [2006]; *People v Brown*, 122 AD3d 133, 137 [2014]; *People v Bond*, 109 AD3d 481 [2013]). Nevertheless, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Hall, Cohen and Maltese, JJ., concur.